Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of GEORGE W. LAMBERTSON, JR., Respondent, for Compensation under the Workmen's Compensation Law, for the Death of GEORGE W. LAMBERTSON, v. ORANGE COUNTY TRACTION COMPANY, Employer, and the TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ANGELO DI SALVIO, Respondent, for Compensation under the Workmen's Compensation Law, v. THE MENIHAN COMPANY, Employer, and the AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

VICTORIA PHALEN, as Administratrix, etc., Appellant, v. WALTER S. RAE, Respondent, and THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Defendant.— Judgment and order unanimously affirmed, with costs. Cochrane, J., not sitting.

LIDA ELIZABETH FINCH, Respondent, v. WILLIAM WALSH, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. TERRANCE MURPHY, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE MUNICIPAL GAS COMPANY OF THE CITY OF ALBANY, Relator, v. THE PUBLIC SERVICE COMMISSION, SECOND DISTRICT, and Others, Respondents.— Determination confirmed, with fifty dollars costs and disbursements. All concurred, except Cochrane, J., dissenting.

FRANK H. SNOW, as Administrator, etc., Respondent, v. BOSTON AND MAINE RAILROAD, Appellant.— Motion denied. H. T. Kellogg, J., not sitting.

THE SLOANE FARM, EGG AND POULTRY COMPANY, Appellant, v. PERRY FOSTER, Respondent.— Judgment unanimously affirmed, with costs.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of MARGARET F. BELCHER and Minor Dependent, Respondents, for Compensation under the Workmen's Compensation Law for the Death of THOMAS H. BELCHER, v. CARTHAGE MACHINE COMPANY, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Award affirmed. All concurred, except Cochrane and H. T. Kellogg, JJ., dissenting.